IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KASEY FOX, Individually and on**                         **PLAINTIFFS**
**Behalf of All Others Similarly Situated**

vs.            Case No. 4:19-cv-37-KGB

**TTEC SERVICES CORP.**                                      **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

       I am or was employed by TTEC Services Corp. on or after January 17, 2016, as a hourly-paid customer service representative. I understand that a lawsuit is being brought against Defendant under the Fair Labor Standards Act (FLSA) for overtime compensation and other relief. As a current or former employee of Defendant, I consent to becoming a party-plaintiff to this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication of the Court.
       I declare under penalty of perjury that the foregoing is true and correct.

                                                    _/s/ Tasha Ponnell_
                                                    **TASHA PONNELL**

Date: September 5, 2019

/s/ Josh Sanford
**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**One Financial Center**
**650 South Shackleford Road, Suite 411**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**