IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KASEY FOX, et al.**                                                             **PLAINTIFFS**

vs.                             No. 4:19-cv-37-KGB

**TTEC SERVICES CORP.**                                                    **DEFENDANT**

**CONSENT TO JOIN COLLECTIVE ACTION**

      I have been employed as a Healthcare Advocate for Defendant TTEC Services Corp., on or after January 17, 2016. I understand this lawsuit is brought under the Fair Labor Standards Act for <u>unpaid overtime wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____      _____
SIGNATURE                                              Mailing Address

_____      _____
PRINTED NAME                                     City, State and Zip

_____, 2019        _____
Date                                                     Email Address

                                                                  _____
                                                                  Telephone Number

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**One Financial Center**
**650 South Shackleford Road, Suite 411**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

**IMPORTANT: RETURN FOR FILING BEFORE _____ \_\_\_\_, 2020**