IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KASEY FOX, et al.**                                                          **PLAINTIFFS**

vs.                                             No. 4:19-cv-37-KGB

**TTEC SERVICES CORP.**                                               **DEFENDANT**

## TEXT OF ELECTRONIC TRANSMISSIONS

**Email Notice:**

The following is the proposed text to be included in the Notice email to the putative

collective. The email will be sent to all email addresses provided by Defendant from

Josh Sanford's email, josh@sanfordlawfirm.com.

> *Subject:* Notice of Overtime Pay Lawsuit Against TTEC Services Corp.
>
> *Body:*
>
> Please see attached notice regarding an overtime lawsuit against TTEC
> Services Corp. The link below will take you to an electronic consent form
> that can be signed online at RightSignature.com.
>
> If you are using a touchscreen phone, signing the Consent form is a multi-
> step process:
> - Click the link in this email
> - Read the consent form
> - Click the signature box
> - Sign your name in the signature box
> - Click "Apply" or "Apply Signature"
> - Click "Preview" or "Preview Signature"
> - Click "Submit" or "Submit Signature"
>
> You are not finished until you press "Submit."  Once you've completed the
> signing process, you should receive a confirmation email from
> RightSignature.com, letting you know that you've successfully completed
> the document. If you do not receive the email from RightSignature, then
> you have not signed up for the lawsuit.

[Link to an electronic copy of the court-approved Electronic Consent to Join]

**Alternative Text Notice:**

Records reflect that you may be eligible to join a pending lawsuit against TTEC Services Corp., for unpaid overtime wages. For additional information about the case, including how to join, please click the following link: [Link to an electronic copy of the court-approved Notice and Electronic Consent to Join].