IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KASEY FOX, et al.** **PLAINTIFFS**

vs. No. 4:19-cv-37-KGB

**TTEC SERVICES CORP.** **DEFENDANT**

## SECOND NOTICE OF RIGHT TO JOIN LAWSUIT

On _____ __, 2020, you were sent a **Notice of Right to Join Lawsuit** informing you of a lawsuit in which you may be a member as an Opt-In Plaintiff. You are being sent this second notice because you have not yet joined the lawsuit. If you did not receive the first *Notice* and would like a copy, please contact Plaintiff's attorney listed below. <u>If you already sent a Consent, it has not been received.</u> The *Consent* must be returned by _____, 2020.

**Mr. Josh Sanford – SANFORD LAW FIRM, PLLC
ONE FINANCIAL CENTER
650 SOUTH SHACKLEFORD, SUITE 411
LITTLE ROCK, ARKANSAS 72211
Telephone: (501) 221-0088 - Fax: (888) 787-2040
Email: josh@sanfordlawfirm.com**